AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT.

RECEIVED
2025 AUG 11  P 12:49
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JAMES McDANIEL
*Petitioner*

v.        Case No. 1:25-cv-00628-MHT-KFP
              *(Supplied by Clerk of Court)*

SCOTT SHAFFER
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: JAMES McDANIEL
   (b) Other names you have used: N/A

2. Place of confinement:
   (a) Name of institution: HAMILTON A & I CORR. FACILITY
   (b) Address: 223 SASSER DRIVE
                HAMILTON ALABAMA 35570
   (c) Your identification number: 259801

3. Are you currently being held on orders by:
   ☐ Federal authorities    ☑ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: CIRCUIT COURT OF DALE COUNTY, ALABAMA
   (b) Docket number of criminal case: CC-22-306 AND CC-23-07
   (c) Date of sentencing: 02/09/2024
   ☐ Being held on an immigration charge
   ☑ Other (explain): PETITIONER CONVICTED OF ARSON FIRST DEGREE AND CRIMINAL MISCHIEF FIRST DEGREE.

-1-

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☐ Other (explain): N/A

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: CIRCUIT COURT OF DALE COUNTY
   (b) Docket number, case number, or opinion number: CC-22-306 AND CC-23-07.
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   GUILTY PLEA ENTERED ON 02/09/24. SENTENCE BEYOND STATUTORY MAXIMUM SENTENCE AUTHORIZED BY LAW.
   (d) Date of the decision or action: 02/09/2024.

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    (No)
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: N/A
      (2) Date of filing:
      (3) Docket number, case number, or opinion number:
      (4) Result:                                       N/A
      (5) Date of result:
      (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____ N/A _____

(b) If you answered "No," explain why you did not appeal: _____ N/A _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____ N/A _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____ N/A _____

   (b) If you answered "No," explain why you did not file a second appeal: _____ N/A _____

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____ N/A _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____ N/A _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____N/A_____

(b) If you answered "No," explain why you did not file a third appeal: PETITIONER IS NOT A LAWYER AND DID NOT NO THAT POST-CONVICTION REMEDIES WERE AVAILABLE TO HIM.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes    ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes    ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: ___N/A___
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: ___N/A___
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____ N/A _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: PETITIONER IS NOT A FEDERAL INMATE AND SECTION 2255 DOES NOT APPLY TO HIM.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   (No)

If "Yes," provide:
(a) Date you were taken into immigration custody: _____ N/A _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☑ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:         N/A
(4) Date of result:
(5) Issues raised:

_____ N/A _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court:
(2) Date of filing:    N/A
(3) Case number:

-5-

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

N/A

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes     (No) ←circled

If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

N/A

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

N/A

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: PETITIONER ASSERT THAT HIS COUNSEL'S PERFORMANCE WAS DEFICIENT AND THE DEFICIENT PERFORMANCE PREJUDICED HIM AND HIS DEFENSE AND DEPRIVED HIM OF THE EFFECTIVE ASSISTANCE OF COUNSEL GUARANTEED TO HIM UNDER THE SIXTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

-6-

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** PETITIONER ASSERTS THAT HIS CONVICTIONS FOR CRIMINAL MISCHIEF FIRST DEGREE AND ARSON FIRST DEGREE IS IN VIOLATION OF THE DOUBLE JEOPARDY CLAUSE OF THE FIFTH AND SIXTH AMENDMENTS OF THE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: UNITED STATES CONSTITUTION. PETITIONER SET FIRE TO THE GRASS IN THE YARD AND THE FIRE CAUGHT A CAR AND HOUSE ON FIRE AND DESTROYED BOTH. THE ELEMENTS OF CRIMINAL MISCHIEF FIRST DEGREE AND ARSON FIRST DEGREE ARE OF THE SAME OR SIMILAR DISTINCT OFFENSES.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: PETITIONER IS NOT A LAWYER AND DID NOT NO THAT HE COULD FILE FOR RELIEF UNDER POST-CONVICTION REMEDIES.

**Request for Relief**

15. State exactly what you want the court to do: VACATE THE ARSON FIRST DEGREE CONVICTION AND SENTENCE AND REDUCE THE 20 YEAR SENTENCE TO 10 YEARS UNDER THE CRIMINAL MISCHIEF FIRST DEGREE SENTENCE.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

AUGUST 7th, 2025.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 08/07/2025

James McDaniel
*Signature of Petitioner*

N/A
*Signature of Attorney or other authorized person, if any*

-8-

JAMES MCDANIEL
AIS # 258901 - 01 - S (B)
HAMILTON A & I
223 SASSER DRIVE
HAMILTON, ALABAMA
                35570



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communications."

LEGAL
MAIL

℅ CLERK OF THE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
ONE CHURCH STREET, SUITE B-110
MONTGOMERY, ALABAMA
                36104